

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 9, 2020

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re:**   ***United States v. Steve Hunt*, 20 Mag. 6827**

Dear Judge McCarthy:

      The complaint in the above-referenced case was originally filed under seal.  On July 9, 2020, defendant Steve Hunt was arrested.  As a result, the Government respectfully requests that the Court unseal the complaint.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        Acting United States Attorney

By:    /s/ Derek Wikstrom
                        Derek Wikstrom
                        Assistant United States Attorney
                        Tel:  (914) 993-1946

SO ORDERED:

*Judith C. McCarthy*   *7/9/2020*
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE