UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

STEVE HUNT

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 MJ 6827

Defendant __Steve Hunt__ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

__X__   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

__X__   Conference Before a Judicial Officer

__/s/ Steve Hunt__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Steve Hunt__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__Andrew Patel__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__7/9/2020__
Date

__Judith C. McCarthy__
U.S. District Judge/U.S. Magistrate Judge